UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEOMBR'E LOWE, #230502**
      Plaintiff,

                                  Case No. 05-72278

v.

                                  HONORABLE DENISE PAGE HOOD

**E. WALKER, et. al.**
      Defendants.
_____/

## JUDGMENT

In accordance with the Order entered this date, and the Court having entered an Order dismissing this matter;

Accordingly, judgment is entered in favor of Defendants Gary Kuiper, Richard Stapleton and E. Walker and against Plaintiff.

                                                DAVID J. WEAVER
                                               CLERK OF THE COURT

Approved:                                       By: s/ Wm. F. LEWIS
                                                    Deputy Clerk

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge
DATED: February 17, 2006

                  I hereby certify that a copy of the foregoing document was served upon

    Deombre'e Lowe, #230502               Christine M. Campbell, AAG
    Ionia Maximum Correctional Facility       P. O. Box 30217
    1576 W. Bluewater Highway              Lansing, MI 48909
    Ionia, MI 48846

counsel of record on February 17, 2006, by electronic and/or ordinary mail.

                                                    s/William F. Lewis
                                                    Case Manager